```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _3/21/2025___
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Mohamad EL TURK DIT EL SANKARI,

                Plaintiff,

-against-

MERRICK GARLAND, in his Official Capacity, U.S. Attorney General, UR MENDOZA JADDOU, in her Official Capacity, Director, U.S. Citizenship and Immigration Service, ANDREA QUARANTILLO, in their Official Capacity, Director, United States Citizenship Immigration Service, New York, New York, and U.S. DEPARTMENT OF HOMELAND SECURITY; and UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES (USCIS),

                Defendants.

24 Civ. 8603 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    By order dated November 20, 2024, the Court directed the parties to submit a joint letter and proposed case management plan by March 20, 2025. ECF No. 5. Those submissions are now overdue. Accordingly, by **April 21, 2025**, the parties shall submit their joint letter and proposed case management plan in accordance with the Court's order at ECF No. 5.

    SO ORDERED.

Dated: March 21, 2025
       New York, New York

                                        ANALISA TORRES
                                        United States District Judge